**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Robert Kenneth Knight**
437 Aviemore Loop
Mcdonough, GA 30253

**xxx−xx−1129**

Case No.: **04−68261−reb**
Chapter: **7**
Judge: **Robert Brizendine**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above−entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Robert Brizendine
United States Bankruptcy Judge

Dated: August 27, 2004

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 113E-9 User: hunterv Page 1 of 1 Date Rcvd: Aug 27, 2004
Case: 04-68261 Form ID: 182 Total Served: 21

The following entities were served by first class mail on Aug 29, 2004.

```
db        +Robert Kenneth Knight,   437 Aviemore Loop,   Mcdonough, GA 30253-8755
aty       +David S. Rogers,   Rogers & Cates,   1918 Highway 74 North,   Tyrone, GA 30290-1604
tr        +Edwin K. Palmer,   118 East Trinity Place,   Suite 9,   Decatur, GA 30030-3302
ust       +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
7034983    Apex Supply Company,   Po Box 101802,   Atlanta, GA 30392-1802
7034984    C.C. Dickson,   Po Box 13501,   Rock Hill, SC 29731-3501
7034986    CitiMortgage,   Po Box 8003,   South Hackensack, NJ 07606-8003
7034985    Citibank Credit Card,   Po Box 8103,   South Hackensack, NJ 07606-8103
7034987    East Coast Metal,   Po Box 651690,   Charlotte, NC 28265-1690
7034988   +Fenco Supply,   916 Lee Street,   Knoxville, TN 37917-7129
7034989   +Fergusons Supply,   6422 Deare Hill Drive,   Knoxville, TN 37919-6001
7034990   +Johnston Supply Company,   Po Box 53008,   Knoxville, TN 37950-3008
7034991    Jones & Lee Supply,   Po Box 1869,   Knoxville, TN 37901-1869
7034992    Kenny Pipe Company,   Po Box 78159,   Nashville, TN 37207-8159
7034994   +Nextel,   Po Box 4192,   Carol Stream, IL 60197-4192
7034995   +Suntrust,   Po Box 4418,   Atlanta, GA 30302-4418
7092221   +Tennessee State Bank,   Attn: Shelly Mislick,   P.O. Box 1260,   Pigeon Forge, TN 37868-1260
7034996   +Tennessee State Bank,   2210 Parkway,   Pigeon Forge,   Sevierville, TN 37863-2998
7034997   +Walker Supply,   102 East Lincoln Road,   Alcoa, TN 37701-2679
7034998    Wholesale Supply Group,   Po Box 4080,   Cleveland, TN 37320-4080
```

The following entities were served by electronic transmission on Aug 28, 2004 and receipt of the transmission was confirmed on:

```
7034993    EDI: TSYS.COM Aug 28 2004 01:09:00     Lowes,   Po Box 105981,   Atlanta, GA 30353-5981
                                                                                                TOTAL: 1
```

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2004** **Signature:** Joseph Speetjens